IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        CHAPTER 13

    Stacey L. Calhoun                       :        No. 18-11887-JKF
        Debtor

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion to Dismiss was served on August 16, 2018 on the Chapter 13 Interim Trustee, William C. Miller, Esquire by electronic mail.

                                            /s/ David M. Offen
                                            David M. Offen Esq.
                                            Attorney for Debtor
                                            601 Walnut Street
                                            Suite 160 West
                                            Philadelphia, PA 19106
                                            215-625-9600

8/16/18