IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 13

STACEY L. CALHOUN

        DEBTOR(S)                                BANKRUPTCY NO. 18-11887-JKF

# ORDER

AND NOW, it is ORDERED that the *Order Confirming the Chapter 13 Plan* entered in error on August 29, 2018 is VACATED. The Confirmation of the Chapter 13 Plan is scheduled for September 26, 2018 at 9:30 a.m. in Bankruptcy Court #3, Robert N.C. Nix, Sr. Federal Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

BY THE COURT:

*[signature]*

DATED: SEPTEMBER 6, 2018                JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE