United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11887-jkf
Stacey L Calhoun                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1             Date Rcvd: Sep 06, 2018
                              Form ID: pdf900         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db           +Stacey L Calhoun,    419 Westmont Drive,    Collingdale, PA 19023-1025
14090254     +Auto Trakk, LLC,    1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
14076989     +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14092244     +M&T BANK,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
               Philadelphia, PA 19106-1541
14076991     +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
               Philadelphia, PA 19122-2806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Sep 07 2018 02:13:26     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2018 02:13:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2018 02:13:24     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14076986     +E-mail/Text: EBNProcessing@afni.com Sep 07 2018 02:13:21     Afni,    Attn: Bankruptcy,
               Po Box 3097,    Bloomington, IL 61702-3097
14076987     +E-mail/Text: aleasure@autotrakk.com Sep 07 2018 02:13:36     Autotrakk Llc,
               1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
14076988     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 07 2018 02:13:35
               Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
               Norwood, MA 02062-2679
14076990      E-mail/Text: camanagement@mtb.com Sep 07 2018 02:13:03     M & T Bank,    Po Box 844,
               Buffalo, NY 14240
14106761      E-mail/Text: camanagement@mtb.com Sep 07 2018 02:13:03     M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240-1288
14076992     +E-mail/Text: bankruptcy@sw-credit.com Sep 07 2018 02:13:19     Southwest Credit Systems,
               4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Stacey L Calhoun dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         CHAPTER 13

STACEY L. CALHOUN

                DEBTOR(S)             BANKRUPTCY NO. 18-11887-JKF

## ORDER

AND NOW, it is ORDERED that the *Order Confirming the Chapter 13 Plan* entered in error on August 29, 2018 is VACATED. The Confirmation of the Chapter 13 Plan is scheduled for September 26, 2018 at 9:30 a.m. in Bankruptcy Court #3, Robert N.C. Nix, Sr. Federal Building, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

BY THE COURT:

DATED: SEPTEMBER 6, 2018              JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE