IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        Chapter 13

Stacey L Calhoun                              :        Case No. 18-11887-jkf
xxx-xx-2857


          Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$174.00 EVERY TWO WEEKS.

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

**Date: September 28, 2018**                  HONORABLE JEAN K. FITZSIMON          DATED:
                                              UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:                       David M. Offen Esq.
William C. Miller, Esq., Interim              Suite 160 West, Curtis Ctr.
Trustee                                       Philadelphia, PA 19106
PO Box 680                                    (215) 625-9600
Memphis, TN  38101-1799

Payroll Controller
KenCrest Services
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900