United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-11887-jkf
Stacey L Calhoun                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 1              Date Rcvd: Sep 28, 2018
                           Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db             +Stacey L Calhoun,    419 Westmont Drive,    Collingdale, PA 19023-1025
                KenCrest Services,    attn: payroll controller,    960A Harvest Drive, Suite 100,
                Blue Bell, PA  19422-1900
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                        Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              DAVID M. OFFEN   on behalf of Debtor Stacey L Calhoun dmo160west@gmail.com,
                davidoffenecf@gmail.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
              KEVIN G. MCDONALD   on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :        Chapter 13


Stacey L Calhoun                :        Case No. 18-11887-jkf
xxx-xx-2857


        Debtor


            ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
               FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                        $174.00 EVERY TWO WEEKS.

     The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below

**Date: September 28, 2018**        _____
                                    HONORABLE JEAN K. FITZSIMON        DATED:
                                    UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:             David M. Offen Esq.
William C. Miller, Esq., Interim    Suite 160 West, Curtis Ctr.
Trustee                             Philadelphia, PA 19106
PO Box 680                          (215) 625-9600
Memphis, TN  38101-1799

Payroll Controller
KenCrest Services
960A Harvest Drive, Suite 100
Blue Bell, PA 19422-1900