IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:   Stacey L. Calhoun              ) Chapter 13
              Debtor                    )
                                        ) No. 18-11887-JKF
                                        )
                                        )


CERTIFICATION OF NO RESPONSE


    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                          /s/David M. Offen
                                          David M. Offen
                                          Attorney for Debtor

Date: 10/19/18